### 3612.　ROBERSON v. THE STATE.

POWELL, J.　The only question made is as to the sufficiency of the evidence to support the indictment.　It supports it.

*Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Indictment for larceny after trust; from Pulaski superior court—Judge Martin.　June 16, 1911.

*Herbert L. Grice,* for plaintiff in error.

*E. D. Graham, solicitor-general,* contra.